UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MCKENZIE, | Case No. 14-04890 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| D.MILLER, et al., | (Dkt. Nos. 14, 22, 28, 31) |
| Defendants. / | |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. Section 1983. On July 16, 2015, plaintiff's in forma pauperis status was revoked under 28 U.S.C. 1915(g), and he was ordered to pay the filing fee within 28 days or the case would be dismissed. More than 28 days have passed and he has not paid the filing fee. The case is **DISMISSED** without prejudice to filing the complaint in a new action in which he pays the filing fee. In light of this dismissal, the pending motions (dkt. 14, 22, 28, 31) are **DENIED** as moot. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED**.

DATED: August 31, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE